UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENNIE SAYEE KOFFA,<br><br>           Plaintiff,<br>   v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES et al.,<br><br>           Defendants. | CASE NO. 2:22-cv-00179-LK<br><br>ORDER OF DISMISSAL |

On June 6, 2022, the Court issued an order dismissing Plaintiff Bennie Sayee Koffa's action without prejudice and denying his motion to appoint counsel. Dkt. No. 9. In that Order, the Court advised Mr. Koffa that it would grant him leave to amend the complaint within 21 days to amend the deficiencies it identified. *Id.* at 5. The Court further explained that if Mr. Koffa failed to timely comply with the Order or failed to file an amended complaint that corrects the noted deficiencies and meets the required pleading standard, the Court would dismiss his complaint with prejudice. *Id.* The applicable deadline passed over 6 months ago on June 27, 2022, and Mr. Koffa

ORDER OF DISMISSAL - 1

has not filed an amended complaint. Accordingly, the Court dismisses his complaint with prejudice. Dkt. No. 5.

Dated this 12th day of January, 2023.

*Lauren King*

Lauren King
United States District Judge

ORDER OF DISMISSAL - 2